

Court Of Appeals
Fourth Court of Appeals District of Texas
San Antonio

★ ★ ★     ★ ★ ★

# MEMORANDUM OPINION

No. 04-10-00212-CR

**IN RE Jason MIEARS**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Karen Angelini, Justice
               Phylis J. Speedlin, Justice
               Marialyn Barnard, Justice

Delivered and Filed: April 7, 2010

PETITION FOR WRIT OF MANDAMUS DENIED

On March 11, 2010, relator Jason Miears filed a petition for writ of mandamus, complaining of the trial court's failure to rule on various motions to dismiss his counsel. However, on September 24, 2009, the trial court denied relator's motion to dismiss his counsel. Furthermore, relator has the burden of providing this court with a record sufficient to establish his right to relief. *See* TEX. R. APP. P. 52.7(a) ("Relator must file with the petition [ ] a certified or sworn copy of every document that is material to the relator's claim for relief and that was filed in any underlying proceeding"); *see also* TEX. R. APP. P. 52.3(k)(1)(A). Here, relator has not provided this court with a copy of any of the documents to support his claim for relief from this court. Based on the foregoing, we conclude

---

[1] This proceeding arises out of Cause No. 2009-CR-6566, styled *State v. Jason Miears*, pending in the 379th Judicial District Court, Bexar County, Texas, the Honorable Ron Rangel presiding.

that relator has not shown himself entitled to relief. Accordingly, the petition for writ of mandamus is denied. TEX. R. APP. P. 52.8(a).

PER CURIAM

DO NOT PUBLISH